Oct 3, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## 19-60289-CR-MARTINEZ/SNOW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

ROBERTO TRINIDAD VIDAL,

   Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 16, 2019, in Broward County, in the Southern District of Florida, the defendant,

**ROBERTO TRINIDAD VIDAL,**

an alien, having previously been removed from the United States on or about May 10, 2011, September 11, 2012, and September 18, 2012, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having

1

expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Roberto Trinidad Vidal,** | |
| _____ Defendant. / | **Superseding Case Information:** |

New Defendant(s) _____
Number of New Defendants _____
Total number of counts _____

**Court Division**: (Select One)

Miami _____    Key West _____
FTL __X__    WPB _____    FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    __YES__
   List language and/or dialect    __SPANISH__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | __X__ | Petty | _____ |
   | II | 6 to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | _____ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | __X__ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No) __NO__
   If yes: Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of __09/16/2019__
   Rule 20 from the
                                      District of _____

Is this a potential death penalty case? (Yes or No) _____ Yes  __X__ No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    _____ Yes    __X__ No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    _____ Yes    __X__ No

_____
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0958263

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ROBERTO TRINIDAD VIDAL

**Case No**: _____

Count #: 1

Illegal Reentry After Removal

in violation of Title 8, United States Code, Section 1326(a)

**\* Max. Penalty:** Two (2) years' imprisonment, one (1) year supervised release, $250,000 fine

Count #:

**\* Max. Penalty:**

Count #:

**\* Max. Penalty:**

Count#:

**\* Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.